JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

BENJAMIN TOLKOFF (NYBN 4294443)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7296
    Fax:  (415) 436-7234
    Email: Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-0819 MMC |
|     Plaintiff, ) | STIPULATION REQUESTING REFERRAL TO SETTLEMENT CONFERENCE, AND [PROPOSED] ORDER |
|     v. ) | |
| CLAUDINA HOLCOMB, ) | |
|     Defendant. ) | |

    The parties stipulate as follows:

    1.    The parties have been engaged in settlement discussions and have jointly concluded that a settlement conference would be useful in determining whether it will be possible to resolve this matter short of trial.  The parties further agree that the window for potentially resolving this case will soon close, because they soon will need to prepare pretrial filings.

    2.    Magistrate Judge Joseph C. Spero advised that he is available to conduct a settlement conference on Tuesday, January 5, 2010, at 9:30 a.m., if the Court were to refer the case to him for a settlement conference.

    3.    Accordingly, the parties respectfully ask the Court to refer this matter to the

Honorable Joseph C. Spero for purposes of conducting a settlement conference on Tuesday, January 5, 2010, at 9:30 a.m..

  IT IS SO STIPULATED.

DATED: December 28, 2009

/s/
_____
DANIEL BLANK
Attorney for Defendant

DATED: December 28, 2009

/s/
_____
BENJAMIN TOLKOFF
Assistant United States Attorney

## [PROPOSED] ORDER

  Pursuant to stipulation and for good cause shown, the Court hereby refers this matter to the Honorable Joseph C. Spero for purposes of conducting a settlement conference to held on January 5, 2010, at 9:30 a.m..

  IT IS SO ORDERED.

DATED: December 30, 2009

_[signature]_
HONORABLE MAXINE M. CHESNEY
United States District Judge