JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

BENJAMIN TOLKOFF (NYBN 4294443)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7296
   Fax:  (415) 436-7234
   Email: Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-0819 MMC |
| Plaintiff, | ) ) | STIPULATION REQUESTING ADDITIONAL TIME TO FILE MOTIONS IN LIMINE, AND [PROPOSED] ORDER |
| v. | ) ) | |
| CLAUDINA HOLCOMB, | ) ) | |
| Defendant. | ) ) | |

     The parties stipulate as follows:

     1.    At the last appearance before the Court, the Court ordered that motions in limine be submitted on January 12, 2010.

     2.    On January 5, 2010, the parties met with the Honorable Joseph C. Spero and conducted a settlement conference.

     3.    The parties are currently engaged in an effort to resolve this matter short of trial and jointly request that the submission date for motions in limine be extended by two days to January 14, 2010, and that all other dates set by the Court remain in effect.

IT IS SO STIPULATED.

DATED: January 11, 2010

/s/
_____
DANIEL BLANK
Attorney for Defendant

DATED: January 11, 2010

/s/
_____
BENJAMIN TOLKOFF
Assistant United States Attorney

## [PROPOSED] ORDER

Pursuant to stipulation and for good cause shown, the Court hereby extends the date for submission of motions in limine to January 14, 2010.  All other dates set by the Court are to remain in effect.

IT IS SO ORDERED.

DATED: January 12, 2010

_____
HONORABLE MAXINE M. CHESNEY
United States District Judge